IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV323

| | |
|---|---|
| PEACHIE STEVENSON,<br><br>                               Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, dba CIGNA GROUP INSURANCE<br>                             Defendant. | **ORDER GRANTING<br>MOTION FOR ADMISSION<br>PRO HAC VICE** |

      **THIS MATTER** is before the Court upon the motion of Defendant to allow Robert M. Wood to appear *Pro Hac Vice*, filed October 21, 2005.

      Upon careful review and consideration, this Court will grant the Defendant's application.

      In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Mr. Wood is ordered to pay the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

      **IT IS SO ORDERED.**

**Signed: October 25, 2005**

Graham C. Mullen
Chief United States District Judge