UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV323

| | |
|---|---|
| PEACHIE STEVENSON, )<br>   Plaintiff, )<br>           )<br>v.          )<br>           )<br>AXA EQUITABLE LIFE INSURANCE CO., )<br>   Defendant. )<br>           ) | **ORDER** |

  **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from the September 11, 2006 term to the **September 5, 2006 term of court at 10:00 a.m.** in Charlotte.

  IT IS SO ORDERED.

                 Signed: April 25, 2006

                 Graham C. Mullen
                 United States District Judge